UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------x

Michael Fennell, individually and on behalf of all others similarly situated

                Plaintiff,

-v.-

Midland Credit Management, Inc.
and John Does 1-25.

                Defendants.

---------------------------------------------------------------------------x

Civil Action No:
2:21-cv-1561

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 20, 2022

| For Plaintiff Michael Fennell | For Defendant Midland Credit Management, Inc. |
|---|---|
| /s/ Amichai Eitan Zukowsky<br>Amichai Eitan Zukowsky<br>Zukowsky Law, LLC<br>23811 Chagrin Blvd., Ste. 160<br>Beachwood, OH 44122<br>216-800-5529<br>ami@zukowskylaw.com | /s/ Lauren M. Burnette<br>Lauren M. Burnette<br>Messer Strickler Burnette, Ltd<br>12276 San Jose Blvd Suite 718<br>Jacksonville, FL 32223<br>904-527-1172<br>lburnette@messerstrickler.com |
| | |

It is so ordered



1